IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JERRY MCLEOD, | * |
| Plaintiff, | * |
| v. | Case No.   7:18-CV-66(HL) |
| | * |
| ROBERT BRUCE, | |
| | * |
| Defendant. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated May 25, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 9th day of June, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk